**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00481-CV

**DAVID FUSARO, Appellant**

**V.**

**TRINITY UNIVERSAL INSURANCE COMPANY, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04057-2012**

## ORDER

We **GRANT** appellant's July 17, 2014 agreed second motion to extend time to file brief and **ORDER** the brief be filed no later than August 21, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE